# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **THOMAS EDWARD MANCHA,** Defendant. | **CR 17-10-GF-BMM** **ORDER** |

The United States' unopposed motion to allow Dr. Cynthia Low, Forensic Unit Psychologist at the Federal Detention Center, SeaTac, to testify via video at the competency hearing scheduled for June 21, 2017 at 3:00 p.m., is **GRANTED**.

The United States shall make all the necessary video conference arrangements with **Bob Mund** of the Court systems staff in Great Falls, Montana. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 12th day of June, 2017.

Brian Morris
United States District Court Judge